UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA

        -against-                                                     ORDER

                                                                     24 Crim. 204 (GBD)

CAROLYN SCOTT,

                  Defendant.

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

      A conference is scheduled in this case for April 25, 2024, at 10:30 a.m.

Dated: New York, New York
       April 9, 2024

                                                                  SO ORDERED.

                                                                  *George B. Daniels* (signature)
                                                                  GEORGE B. DANIELS
                                                                  United States District Judge