

**ONAODOWAN & DELINCE**

**Esere J. Onaodowan, Esq.**
eonaodowan@eocdlaw.com  c 718.427.3139

**Christine Delince, Esq.**
cdelince@eocdlaw.com  c 917.238.9332

VIA ECF

April 11, 2025

**SO ORDERED:**

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: APR 24 2025

Hon. George B. Daniels
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**RE: <u>United States v. Caroline Scott, 24 Cr. 204</u> (GBD)**— Proposed Motion Schedule

Dear Judge Daniels,

After consultation with the government, the defense respectfully submits this letter on behalf of itself and the government, pursuant to the Court's January 15, 2025 order directing the parties to file a joint proposed briefing schedule prior to the next scheduled conference of April 30, 2025. Caroline Scott's trial is scheduled to begin on December 8, 2025. The defense expects to file pretrial motions in this matter, and proposes the following briefing schedule:

Pretrial Motions

- Opening Briefs: July 28, 2025

- Opposition: August 11, 2025

- Reply: August 18, 2025

Respectfully Submitted,

*/s/ Christine Delince*

Christine Delince, Esq.