

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 28, 2025

**BY ECF**
The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED:

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: JUN 30 2025

Re:    *United States v. Carolyn Scott*, 24 Cr. 204 (GBD)

Dear Judge Daniels:

The Government respectfully submits this letter following the June 26, 2025, pre-trial conference in this matter. During that conference, the Court scheduled a further status conference on October 1, 2025. The Government respectfully requests that the Court exclude time under the Speedy Trial Act in the interest of justice, to enable the defendant to consider any pre-trial motions to be made and for the parties to continue discussions regarding a pre-trial disposition in this case. *See* 18 U.S.C. § 3161(h)(1)(7). The defendant consents to the requested exclusion of time.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by:  /s/
Jerry J. Fang
Assistant United States Attorney
(212) 637-2584