

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 3, 2025

**BY ECF**
The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007



SO ORDERED:

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: AUG 0 4 2025

Re:   *United States v. Carolyn Scott*, 24 Cr. 204 (GBD)

Dear Judge Daniels:

    The Government respectfully writes, with the consent of the defendant, to request a two-week adjournment of the deadlines for the Government to file its opposition to the defendant's pre-trial motions and for the defendant to file her reply, which are currently scheduled for August 11, 2025, and August 18, 2025, respectively.

                                           Respectfully submitted,

                                           JAY CLAYTON
                                           United States Attorney

                                           by: _____/s/_____
                                           Jerry Fang / Jacob R. Fiddelman
                                           Meredith Foster / Catherine Ghosh
                                           Assistant United States Attorneys
                                           (212) 637-2584/-1024/-2310/-1114

Cc:   Defense Counsel (by ECF)