**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,   :
  :
      -against-   :
  :
  :
CAROLYN SCOTT   :
  :
          Defendant.   :
  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

24 Cr. 204 (GBD)

GEORGE B. DANIELS, United States District Judge:

      For the reasons stated at the oral argument on October 1, 2025, Defendant's motion for a

bill of particulars is hereby DENIED.

      The next conference is on November 13, 2025, at 10:00 A.M.

Dated: October __, 2025
New York, New York

SO ORDERED.

GEORGE B. DANIELS
United States District Judge