

**U.S. Department of Justice**

*United States Attorney
Southern District of New York*

---

The Jacob K. Javits Building
26 Federal Plaza, 37th Floor
New York, New York 10278

October 30, 2025

**BY ECF**
Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *United States v. Carolyn Scott*, 24 Cr. 204 (GBD)

Dear Judge Daniels:

The Government writes respectfully to move to seal limited portions of its opposition to the defendant's pretrial motions. In particular, the Government moves to redact portions of its memorandum of law and accompanying declarations and exhibits to seal information that could identify witnesses and uncharged third parties. *See generally United States v. Amodeo* ("*Amodeo I*"), 44 F.3d 141 (2d Cir. 1995); *United States v. Amodeo* (*Amodeo II*), 71 F.3d 1044 (2d Cir. 1995) (providing standards for sealing judicial records).

The privacy interests of unindicted and uncharged third parties are "a venerable common law exception to the presumption of access." *Amodeo II*, 71 F.3d at 1051; *see also, e.g., In re Search Warrant*, No. 16 Misc. 464 (PKC), 2016 WL 7339113, at *4 (S.D.N.Y. Dec. 19, 2016) ("[A] person whose conduct [was] the subject of a criminal investigation but [was] not charged with a crime should not have his or her reputation sullied by the mere circumstance of an investigation"). Certain of the exhibits include references to the names or other identifiers of uncharged third parties. And the four exhibits to the Smith Declaration are a reproduction of the photobook from which certain witnesses made identifications of the defendant and three of its indices (the "Smith Exhibits"). Because the Smith Exhibits consist entirely of photographs and the names of both charged defendants and uncharged third parties, the Government moves to keep these documents under seal in their entirety.

Courts have recognized that "protecting witnesses" and "safeguarding the privacy of individuals involved in an investigation" are factors that frequently justify redacting court filings. *See United States v. Cohen*, 366 F. Supp. 3d 612, 622–23 (S.D.N.Y. 2019). The Government has accordingly redacted witnesses' names and other identifying information from its memorandum of law and its supporting materials.

Honorable George B. Daniels  
United States District Judge  
October 30, 2025

Page 2

    For these reasons, the Government moves to file the Smith Exhibits under seal and to file its memorandum of law and other supporting materials with limited redactions of information that could identify witnesses and uncharged third parties.

              Respectfully submitted,

              JAY CLAYTON  
              United States Attorney

           by: /s/_____  
              Jerry J. Fang  
              Jacob R. Fiddelman  
              Meredith C. Foster  
              Catherine Ghosh  
              Justin Horton  
              Assistant United States Attorneys  
              Southern District of New York  
              (212) 637-2584 / 1024 / 2310 / 1114 / 2276

cc:    Christine Delince, Esq.  
        Esere J. Onaodowan, Esq.

**SO ORDERED:**

*/s/ George B. Daniels*  
George B. Daniels, U.S.D.J.

Dated: OCT 3 0 2025