**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 12, 2026

**BY ECF**

SO ORDERED

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

The sentencing scheduled for Marach 11, 2026 is adjourned to May 20, 2026 at 10:00 a.m.

FEB 17 2026

*[signature]* HON. GEORGE B. DANIELS

Re:   *United States v. Carolyn Scott*, 24 Cr. 204 (GBD)

Dear Judge Daniels:

The Government respectfully submits this letter on behalf of both parties in the above-captioned case to request a 60-day adjournment of the sentencing of defendant Carolyn Scott, which is currently scheduled for March 11, 2026.

As the Court will recall, in connection with the defendant's guilty plea to the charged bribery offense in connection with her employment as a NYCHA superintendent, the defendant also acknowledged in her plea agreement that she had failed to file tax returns from 2019 to 2024. (*See* Plea Agt. at 2). The defendant agreed to file the missing returns and pay any applicable taxes, interest, and penalties resulting from her non-filing, and the plea agreement requires that the defendant work with the IRS to complete that tax correction process no later than two weeks before sentencing. (*Id.*). That process is ongoing, with all parties working in good faith, but the parties would benefit from additional time to resolve those tax-related matters before the case proceeds to sentencing. Accordingly, the parties jointly respectfully request a 60-day adjournment of sentencing.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by:  *[signature]*

Jacob R. Fiddelman
Assistant United States Attorney
(212) 637-1024

cc:   Christine Delince, Esq.
      Esere Onaodowan, Esq.