

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 5, 2026

**BY ECF**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> The conference scheduled for June 24, 2026 is adjourned July 21, 2026 at 10:00 a.m.
> SO ORDERED:
>
> *[signature]*
> George B. Daniels, U.S.D.J.
>
> Dated: ___MAY 0 8 2026___

Re:   *United States v. Carolyn Scott*, **24 Cr. 204 (GBD)**

Dear Judge Daniels:

The Government respectfully submits this letter to relay a request from defendant Carolyn Scott for an additional two-week adjournment of her sentencing, currently scheduled for June 24, 2026. The Government consents to the request. The parties are available in the afternoon of July 7, the afternoon of July 9, or any time on July 21, 22, 23, or 24.

As part of the defendant's guilty plea to the charged bribery offense in connection with her employment as a NYCHA superintendent, the defendant also acknowledged in her plea agreement that she had failed to file tax returns from 2019 to 2024. (*See* Plea Agt. at 2). The defendant agreed to file the missing returns and pay any applicable taxes, interest, and penalties resulting from her non-filing, and the plea agreement requires that the defendant complete that tax correction process no later than two weeks before sentencing. (*Id.*). The defendant has not yet completed that process, and defense counsel has represented that the defendant would benefit from additional time to finish preparing her past tax returns.

The Government notes that it is likely to oppose further adjournments if it concludes that the defendant is not diligently attempting to timely fulfill her plea agreement promise to file the missing tax returns in advance of sentencing.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____

Jacob R. Fiddelman
Assistant United States Attorney
(212) 637-1024

Case 1:24-cr-00204-GBD    Document 49    Filed 06/05/26    Page 2 of 2

Page 2

cc:    Christine Delince, Esq.
       Esere Onaodowan, Esq.