

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 16, 2026

**BY ECF**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      **Re:**   ***United States v. Carolyn Scott*, 24 Cr. 204 (GBD)**

Dear Judge Daniels:

As discussed earlier this afternoon with the Court's staff, the Government writes respectfully to request a one-day extension to file its sentencing submission from tonight to tomorrow, July 17, 2026, in view of the press of business and the parties' recent communications about certain matters relevant to sentencing.

The defendant consents to this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney

SO ORDERED:

*George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: JUL 17 2026

by: *Justin Horton*
Justin Horton
Assistant United States Attorney
(212) 637-2276

cc:    Christine Delince, Esq.
       Esere Onaodowan, Esq.