*The Law Offices of*

O&D

ONAODOWAN & DELINCE

**Esere J. Onaodowan, Esq.**
eonaodowan@eocdlawcom **c** 718.427.3139

**Christine Delince, Esq.**
cdelince@eocdlaw.com **c** 917.238.9332

July 27, 2026

VIA ECF

Hon. George B. Daniels
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**RE: United States v. Caroline Scott, 24 Cr. 204 (GBD)**— Release of Passport

Dear Judge Daniels,

I represent Ms. Carolyn Scott in the above-mentioned matter. On July 21, 2026, she was sentenced to six months of home detention, and three years of supervised release. With the consent of the government, we respectfully request the return of Ms. Scott's passport, which is currently in the custody of pretrial services.

Respectfully Submitted,

Christine Delince

Christine Delince, Esq.

So Ordered: JUL 28 2026

George B. Daniels

Hon. George B. Daniels.